IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                          NO. 4:15CR00287-001  SWW

SAMUEL SHERMAN                                                              DEFENDANT

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Western District of Arkansas. Based upon the testimony and evidence received in this matter, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's petition to revoke defendant's supervised release [doc #3] be **granted** and defendant's supervised release is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TWENTY-FOUR (24) MONTHS** imprisonment in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI Forrest City.

There will be **ONE (1) YEAR** of supervised release following the term of incarceration. All previous conditions previously imposed remain in full force and effect. In addition, the defendant will be subject to the following special conditions of supervised release:

1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation

office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. (This special condition overrides the 7th Standard Condition of Supervision on the Judgment and Commitment order.)

2. The defendant will submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by him pursuant to 18 U.S.C. § 3583(d).

The defendant is eligible to self-report to the designated facility by 2:00 p.m. on November 28, 2016 to begin the service of the sentence imposed. If the defendant is unable to self-report, he is to report to the U.S. Marshal's Office by noon on November 28, 2016 and is required to inform the U. S. Probation Office.

IT IS SO ORDERED this 27th day of October 2016.

/s/Susan Webber Wright

United States District Judge